UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
   BB&HC, LLC et al.,

                          Plaintiffs,                    21-CV-6463 (JMF)

              -v-                                           ORDER

   INDUSTRYBUILT SOFTWARE LTD. et al.,

                         Defendants.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 20, 2021, Plaintiffs filed a motion to dismiss Defendants' counterclaims under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a party has twenty-one (21) days after the service of a motion under Rule 12(b) to amend its pleading once as a matter of course.

       Accordingly, it is hereby ORDERED that Defendants shall file any amended counterclaims by **November 10, 2021**.  Defendants will not be given any further opportunity to amend the counterclaims to address issues raised by the motion to dismiss.

       If Defendants do amend, by three (3) weeks after the amended counterclaims are filed, Plaintiffs shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Plaintiffs file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended counterclaim is filed, Defendants shall file any opposition to the motion to dismiss by **November 10, 2021**.  Plaintiffs' reply, if any, shall be filed by **November 17, 2021.**

       SO ORDERED.

Dated: October 22, 2021
       New York, New York                          _____
                                                                 JESSE M. FURMAN
                                                      United States District Judge